IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | ) |
| vs. | ) C.A. No. CA 07 060S |
| ACCOUNT NUMBER 11034114 IN THE NAME OF RENAISSANCE MEDICAL GROUP LOCATED AT CITIZENS BANK, NORTH PROVIDENCE, RHODE ISLAND, AND ACCOUNT NUMBER 0015649423 IN THE NAME OF TAREK AND MATHILDA WEHBE LOCATED AT CITIZENS BANK, NORTH PROVIDENCE, RHODE ISLAND, Defendants | ) |

COMPLAINT FOR FORFEITURE IN REM

The United States of America, by and through its attorneys, in a civil action of forfeiture pursuant to 18 U.S.C. § 981 alleges that:

1. This Court has jurisdiction in this matter pursuant to 28 U.S.C. §§ 1345, 1355 and 1356 and 1395, 18 U.S.C. § 1608, and 21 U.S.C. § 1395. Venue is appropriate pursuant to 28 U.S.C. § 1395.

2. The defendant bank accounts are described as follows:

Checking account no. 11034114 in the name of Renaissance Medical Group at Citizens Bank, 1800 Mineral Spring Avenue, North Providence, Rhode Island, seized on December 14, 2006, pursuant to the execution of a federal seizure warrant, at which time said account contained three hundred and twenty three thousand, eight hundred and six dollars and seventy-three cents ($323,806.73);

Checking account number 0015649423 in the name of Tarek and Mathilda Wehbe at Citizens Bank, 1800 Mineral Spring Avenue, North Providence, Rhode Island, seized on December 14, 2006, pursuant to the execution of a federal seizure warrant, at which time said account contained forty nine thousand, six hundred and sixty two dollars and twenty cents ($49,662.20).

3. That on or about December 14, 2006, the defendant accounts were seized by agents of the United States Food and Drug Administration ("FDA") pursuant to the execution of federal seizure warrants.

4. As outlined in detail in the affidavit of FDA Special Agent Jason Simonian, which is attached hereto and incorporated herein by reference, there is probable cause to believe that financial transactions were conducted with the defendant account, checking account no. 11034114 in the name of Renaissance Medical Group at Citizens Bank, which is further described in paragraph 2 above, with the intent to promote the specified unlawful activities of health care fraud (18 U.S.C. § 1347), false statements relating to health care matters (18 U.S.C. § 1035), mail fraud (18 U.S.C. § 1341), and wire fraud (18 U.S.C. § 1343), in violation of 18 U.S.C. § 1956(a)(1)(A)(I), and that said account contains the traceable proceeds from the above violations, and that, therefore, the defendant account is subject to seizure and forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (C).

5. As outlined in detail in the affidavit of FDA Special Agent Jason Simonian, which is attached hereto and incorporated herein by reference, there is probable cause to believe that financial transactions were conducted with checking account no. 0015649423 in the name of Tarek and Mathilda Wehbe at Citizens Bank, described in paragraph 2 above, knowing that the transactions were conducted with the intent to conceal or

disguise the nature, the location, the source, the ownership, or the control of the proceeds of the specified unlawful activities of health care fraud (18 U.S.C. § 1347), false statements relating to health care matters (18 U.S.C. § 1035), mail fraud (18 U.S.C. § 1341), and wire fraud (18 U.S.C. § 1343), in violation of 18 U.S.C. § 1956(a)(1)(B)(I), and that said account contains the traceable proceeds from the above violations, and that, therefore, the defendant account is subject to seizure and forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (C).

6. That by reason of the foregoing, the defendant bank accounts are forfeited to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(A) and (C).

WHEREFORE, plaintiff, the United States of America, prays that due process issue to enforce the forfeiture and to give notice to the interested parties to appear and show cause why forfeiture should not be decreed; that the defendant accounts up to the amounts indicated above be condemned as forfeited to the United States of America and thereafter be disposed of according to law; and for such other and further relief as this court may deem just and proper.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

VERIFICATION

I, Michael P. Iannotti, being duly sworn, depose and say that I am an Assistant United States Attorney for the District of Rhode Island, that I have read the foregoing Complaint for Forfeiture in Rem, and that the contents thereof are true to the best of my knowledge, information, and belief.

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

Sworn to and subscribed to before me this 12th day of February, 2007.

Notary Public
My Commission Expires: 4-20-2010