**AFFIDAVIT**

I, Jason Simonian, being duly deposed and sworn, say:

1. I am a Special Agent with the United States Food and Drug Administration's Office of Criminal Investigation (FDA-OCI), and have been so employed since September of 1996. I was previously employed as a Special Agent of the United States Department of Labor for approximately 8 years. As an FDA-OCI Special Agent, I primarily conduct investigations into suspected violations of the Federal Food, Drug and Cosmetic Act.

2. I make this affidavit in support of the Complaint for Forfeiture In Rem against the following described property:

A. Checking account no. 11034114 in the name of Renaissance Medical Group ("RMG") at Citizens Bank, 1800 Mineral Spring Avenue, North Providence, Rhode Island, seized on December 14, 2006, pursuant to the execution of a federal seizure warrant, at which time said account contained three hundred and twenty three thousand, eight hundred and six dollars and seventy-three cents ($323,806.73).

B. Checking account number 0015649423 in the name of Tarek and Mathilda Wehbe at Citizens Bank, 1800 Mineral Spring Avenue, North Providence, Rhode Island, seized on December 14, 2006, pursuant to the execution of a federal seizure warrant, at which time said account contained forty nine thousand, six hundred and sixty two dollars and twenty cents ($49,662.20).

3. Since approximately August 2005, agents of the FDA-OCI, United States Department of Health and Human Services, Office of the Inspector General (HHS-OIG), United States Postal Inspection Service (USPIS), and the Rhode Island Attorney General's Office --- Medicaid Fraud Control Unit have participated in a joint investigation of fraudulent activities by Dr. Tarek Wehbe. Specifically, the investigation has uncovered evidence that Dr. Wehbe has been submitting fraudulent claims to Medicare, Medicaid, and private health insurance carriers in order to obtain reimbursements for services that were not rendered, up-coded, or medically necessary in violation of Title 18, United States Code, Section 287 (false claims), 1347 (health care fraud), 1001 (false statements), 1035 (false statements relating to health care matters), 1341 (mail fraud), and 1343 (wire fraud). Dr. Wehbe owns and operates his practice, RMG, at 790 North Main Street in Providence, Rhode Island. The reimbursements, which totaled more than $10 million between 2000 and 2005, were deposited into the RMG account at Citizens Bank, described in paragraph 2A above. Over 90% of these reimbursements have been determined to be fraudulent. The RMG account was then used to pay various pharmaceutical suppliers and to pay rent to the management company that owns RMG's Providence and North Providence offices. Also, Dr. Wehbe has routinely withdrawn large sums of money from the RMG account

(totaling in the hundreds of thousands of dollars) and deposited these withdrawals into his personal accounts including the account referred to in paragraph 2B above. The details of this investigation are set forth in the affidavit of HHS-OIG Special Agent Lisa McCarthy which is attached hereto and made a part hereof.

4. On December 12, 2006, law enforcement agents executed search warrants at the two medical practice locations of Dr. Wehbe and executed two seizure warrants at Citizens Bank, 1800 Mineral Spring Avenue, North Providence, RI for the accounts referred to in paragraph 2 above. Agents seized $323,806.73 from the RMG account and $49,662.20 from the account names of Tarek Wehbe and Malinda Wehbe.

5. Subsequent to the execution of the warrants, agents have been reviewing billing records maintained by RMG which has resulted in the discovery of additional evidence of the illegitimate billing scheme described in the attached affidavit of Special Agent Lisa McCarthy.

6. Based upon the foregoing, there is probable cause to believe that financial transactions were conducted with checking account no. 11034114 in the name of RMG at Citizens Bank, which is further described in paragraph 2A above, with the intent to promote the specified unlawful activities of health care fraud (18 U.S.C. § 1347), false statements relating to health care

matters (18 U.S.C. § 1035, mail fraud (18 U.S.C. § 1341), and wire fraud (18 U.S.C. § 1343), in violation of 18 U.S.C. § 1956(a)(1)(A)(i), and that said account contains the traceable proceeds from the above violations. Thus, all funds in this account are forfeitable to the United States pursuant to 18 U.S.C. § 981(a)(1)(A) in that they constitute property involved in a transaction or attempted transaction in violation of 18 U.S.C. § 1956 or constitute property traceable to such property.

7. Based upon the foregoing, there is probable cause to believe that financial transactions were conducted with checking account no. 0015649423 in the name of Tarek and Mathilda Wehbe at Citizens Bank, described in paragraph 2B above, knowing that the transactions were conducted with the intent to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of the specified unlawful activities of health care fraud (18 U.S.C. § 1347), false statements relating to health care matters (18 U.S.C. § 1035, mail fraud (18 U.S.C. § 1341), and wire fraud (18 U.S.C. § 1343), in violation of 18 U.S.C. § 1956(a)(1)(B)(i), and that said account contains the traceable proceeds from the above violations. Thus, all funds in this account are forfeitable to the United States pursuant to 18 U.S.C. § 981(a)(1)(A) in that they constitute property involved in a transaction or attempted transaction in violation of 18 U.S.C. § 1956 or constitute

property traceable to such property.

Jason Simonian
Special Agent
Food and Drug Administration
Office of Criminal Investigation

Subscribed and sworn to before me
this 7th day of February, 2007.

Notary Public

My commission expires: 8/27/09.