# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | C.A. No. 07-060S |
| | : | |
| ACCOUNT NUMBER 11034114 IN THE NAME OF RENAISSANCE MEDICAL GROUP LOCATED AT CITIZENS BANK, NORTH PROVIDENCE, RHODE ISLAND, AND ACCOUNT NUMBER 0015649423 IN THE NAME OF TAREK AND MATHILDA WEHBE LOCATED AT CITIZENS BANK, NORTH PROVIDENCE, RHODE ISLAND | : | |

## CLAIM

Pursuant to Title 18 U.S.C. § 983(a)(4)(A) and Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime And Asset Forfeiture Actions, we hereby assert an interest in Bank Account No. 0015649423 in the name of Tarek and Mathilda Wehbe located at Citizens Bank, North Providence, Rhode Island as the holders of such account and owners of the funds in the account.

Signed under the pains and penalties of perjury this 11 day of April, 2007.

[signature]
Tarek Wehbe

Mathilda Wehbe
Mathilda Wehbe

*414582_1.doc*