UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | C.A. No. 07-060S |
| | : | |
| ACCOUNT NUMBER 11034114 IN THE NAME OF RENAISSANCE MEDICAL GROUP LOCATED AT CITIZENS BANK, NORTH PROVIDENCE, RHODE ISLAND, AND ACCOUNT NUMBER 0015649423 IN THE NAME OF TAREK AND MATHILDA WEHBE LOCATED AT CITIZENS BANK, NORTH PROVIDENCE, RHODE ISLAND | : | |

**NOTICE OF CLAIM**

Pursuant to Title 18 U.S.C. § 983(a)(4)(A) and Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims And Asset Forfeiture Actions, Renaissance Medical Group, Inc. hereby files its claim to Bank Account No. 11034114 in the name of Renaissance Medical Group located at Citizens Bank, North Providence, Rhode Island as the holder of such account and owner of the funds in the account, attached as Exhibit A.

Renaissance Medical Group, Inc.
By its attorneys,

/s/ Patricia K. Rocha

PATRICIA K. ROCHA (#2793)
procha@apslaw.com
JOHN A. TARANTINO (#2586)
jtarantino@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903
Tel: 401-274-7200
Fax: 401-351-4607
Dated: April 12, 2007

Certificate of Service

I hereby certify that I caused to be served on this 12th day of April, 2007 a true copy of the within Notice of Claim *via Electronic Court Filing (ECF)* on Michael P. Iannotti, Assistant U.S. Attorney, Office of the U.S. Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

/s/ Patricia K. Rocha

*414513_1.doc*