# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | C.A. No. 07-060S |
| | : | |
| ACCOUNT NUMBER 11034114 IN THE NAME OF RENAISSANCE MEDICAL GROUP LOCATED AT CITIZENS BANK, NORTH PROVIDENCE, RHODE ISLAND, AND ACCOUNT NUMBER 0015649423 IN THE NAME OF TAREK AND MATHILDA WEHBE LOCATED AT CITIZENS BANK, NORTH PROVIDENCE, RHODE ISLAND | : | |

## CLAIM

Pursuant to Title 18 U.S.C. § 983(a)(4)(A) and Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime And Asset Forfeiture Actions, Renaissance Medical Group, Inc. hereby asserts an interest in Bank Account No. 11034114 in the name of Renaissance Medical Group located at Citizens Bank, North Providence, Rhode Island as the holder of such account and owner of the funds in the account.

Signed under the pains and penalties of perjury
this 11 day of April, 2007.

Renaissance Medical Group, Inc.

By:____________________
Tarek Wehbe, President

*414585_1.doc*