IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>vs.<br><br>ACCOUNT NUMBER 11034114 IN THE NAME OF RENAISSANCE MEDICAL GROUP LOCATED AT CITIZENS BANK, NORTH PROVIDENCE, RHODE ISLAND, AND ACCOUNT NUMBER 0015649423 IN THE NAME OF TAREK AND MATHILDA WEHBE LOCATED AT CITIZENS BANK, NORTH PROVIDENCE, RHODE ISLAND,<br>Defendants | ) | C.A. No. 07-00060S |

## NOTICE OF ENTRY OF APPEARANCE

I hereby enter my appearance as counsel for Plaintiff, United States of America, in the above matter.

Respectfully submitted,

UNITED STATES OF AMERICA
Defendant

ROBERT CLARK CORRENTE
United States Attorney

/s/ Milind M. Shah

MILIND M. SHAH
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (fax)
Email: milind.shah@usdoj.gov

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 20th day of November, 2007, I electronically filed the within Notice of Entry of Appearance with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participants have received notice electronically:

Patricia K. Rocha, Esq.
John A. Tarantino, Esq.
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th FL
Providence, RI 02903

/s/ Milind M. Shah
MILIND M. SHAH