UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | C.A. No. 07-060S |
| | : | |
| ACCOUNT NUMBER 11034114 IN THE NAME OF RENAISSANCE MEDICAL GROUP LOCATED AT CITIZENS BANK, NORTH PROVIDENCE, RHODE ISLAND, AND ACCOUNT NUMBER 0015649423 IN THE NAME OF TAREK AND MATHILDA WEHBE LOCATED AT CITIZENS BANK, NORTH PROVIDENCE, RHODE ISLAND | : | |

**JOINT MOTION TO STAY PROCEEDINGS**

The parties hereto jointly move this Honorable Court that any further proceedings in this matter be stayed until April 1, 2008 for the following reasons:

(1) The Government has advised the Claimants that the civil forfeiture proceeding that is the subject of the within action is also the subject of a presently ongoing criminal investigation and that the forfeiture allegations made herein will be included in the event that any criminal indictment may be returned in this matter.

(2) All parties agree that it is a more efficient use of their time and resources and those of the Court to litigate the forfeiture issues only once and that, for a variety of reasons, the more appropriate context in which to do so would be a criminal proceeding in the event that a criminal indictment may be returned.

(3) On November 21, 2007, the Court granted the parties' joint motion to stay the within action until February 1, 2008.

(4) The parties have been advised that the pending criminal investigation should be completed by April 1, 2008.

In support thereof, the parties rely upon their Memorandum filed contemporaneously herewith.

WHEREFORE, in light of the foregoing, the parties hereby jointly move that the within matter be stayed until April 1, 2008 for completion of the pending criminal investigation and a determination as to whether a criminal indictment may be returned including such forfeiture allegations.

Dated: February 5, 2008

Claimants, Tarek and Mathilda Wehbe and
Renaissance Medical Group, Inc.
By their attorneys,

/s/ Patricia K. Rocha
PATRICIA K. ROCHA (#2793)
procha@apslaw.com
JOHN A. TARANTINO (#2586)
jtarantino@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903
Tel: 401-274-7200
Fax: 401-351-4607

Plaintiff, United States of America
By its attorneys,

/s/ Milind M. Shah
Milind M. Shah
milind.shah@usdoj.gov
Assistant U.S. Attorney
Office of the U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel: 401-709-5000
Fax: 401-709-5017

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | C.A. No. 07-060S |
| | : | |
| ACCOUNT NUMBER 11034114 IN THE NAME OF RENAISSANCE MEDICAL GROUP LOCATED AT CITIZENS BANK, NORTH PROVIDENCE, RHODE ISLAND, AND ACCOUNT NUMBER 0015649423 IN THE NAME OF TAREK AND MATHILDA WEHBE LOCATED AT CITIZENS BANK, NORTH PROVIDENCE, RHODE ISLAND | : | |

**MEMORANDUM IN SUPPORT OF JOINT MOTION TO STAY PROCEEDINGS**

On February 12, 2007, the United States of America filed its Complaint for Forfeiture In Rem naming Account Number 11034114 in the Name of Renaissance Medical Group Located at Citizens Bank, North Providence, Rhode Island, and Account Number 0015649423 in the Name of Tarek and Mathilda Wehbe Located at Citizens Bank, North Providence, Rhode Island, as the subjects of the forfeiture action. On April 12, 2007, Tarek and Mathilda Wehbe and Renaissance Medical Group filed their Notice of Claim to Bank Account Number 0015649423 and Bank Account Number 11034114, respectively (the "Claimants").

The parties now jointly move this Court to stay the civil forfeiture proceedings until April 1, 2008 pending resolution of an ongoing criminal investigation regarding Tarek Wehbe and Renaissance Medical Group.[1] As set forth in the motion, the parties agree that it is a more efficient use of their time and resources and those of the Court to litigate the forfeiture issue only

[1] On November 21, 2007, this Court granted the parties' joint motion to stay the within action until February 1, 2008.

once, and that for a variety of reasons the more appropriate context in which to do so is the criminal proceeding in the event a criminal indictment may be returned in this matter. The parties have been advised that the pending criminal investigation should be completed by April 1, 2008.

WHEREFORE, the parties respectfully request that this Court enter an order staying the within action until April 1, 2008 pending completion of the pending criminal investigation.

Dated: February 5, 2008

Claimants, Tarek and Mathilda Wehbe and
Renaissance Medical Group, Inc.
By their attorneys,

/s/ Patricia K. Rocha
PATRICIA K. ROCHA (#2793)
procha@apslaw.com
JOHN A. TARANTINO (#2586)
jtarantino@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903
Tel: 401-274-7200
Fax: 401-351-4607

Plaintiff, United States of America
By its attorneys,

/s/ Milind M. Shah
Milind M. Shah
milind.shah@usdoj.gov
Assistant U.S. Attorney
Office of the U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel: 401-709-5000
Fax: 401-709-5017