UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | C.A. No. 07-060S |
| | : | |
| ACCOUNT NUMBER 11034114 IN THE NAME OF RENAISSANCE MEDICAL GROUP LOCATED AT CITIZENS BANK, NORTH PROVIDENCE, RHODE ISLAND, AND ACCOUNT NUMBER 0015649423 IN THE NAME OF TAREK AND MATHILDA WEHBE LOCATED AT CITIZENS BANK, NORTH PROVIDENCE, RHODE ISLAND | : | |

**MOTION OF PATRICIA K. ROCHA AND JOHN A. TARANTINO AND THE LAW FIRM OF ADLER POLLOCK & SHEEHAN P.C. TO WITHDRAW AS COUNSEL**

Patricia K. Rocha and John A. Tarantino and the law firm of Adler Pollock & Sheehan P.C., pursuant to LR Gen 206(e), move to withdraw as counsel on behalf of Renaissance Medical Group, Inc. ("Renaissance") and Dr. Tarek Wehbe and Mathilda Wehbe.[1] The grounds of the motion to withdraw are set forth in the accompanying memorandum of law.

Claimants, Tarek and Mathilda Wehbe and
Renaissance Medical Group, Inc.
By their attorneys,

/s/ Patricia K. Rocha
PATRICIA K. ROCHA (#2793)
procha@apslaw.com
JOHN A. TARANTINO (#2586)
jtarantino@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903
Tel: 401-274-7200
Fax: 401-351-4607
Dated: May 9, 2008

[1] In accordance with LR Gen 206(b), Patricia K. Rocha has electronically signed papers in this case on behalf of Renaissance, Dr. Wehbe and Mrs. Wehbe. However, because John A. Tarantino is on the papers as well, to avoid any confusion or lack of certainty he has also moved to withdraw as counsel.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | C.A. No. 07-060S |
| | : | |
| ACCOUNT NUMBER 11034114 IN THE NAME OF RENAISSANCE MEDICAL GROUP LOCATED AT CITIZENS BANK, NORTH PROVIDENCE, RHODE ISLAND, AND ACCOUNT NUMBER 0015649423 IN THE NAME OF TAREK AND MATHILDA WEHBE LOCATED AT CITIZENS BANK, NORTH PROVIDENCE, RHODE ISLAND | : | |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION OF PATRICIA K. ROCHA AND JOHN A. TARANTINO AND THE LAW FIRM OF ADLER POLLOCK & SHEEHAN P.C. TO WITHDRAW AS COUNSEL**

On December 12, 2006, a Complaint For Forfeiture In Rem was filed in the above-referenced matter and a Notice of Forfeiture was filed on February 22, 2007. On February 15, 2006, a Warrant of Arrest and Notice in Rem was issued by the Court. On April 12, 2007, Notices of Claims of Tarek and Mathilda Wehbe, as well as a Notice of Claim of Renaissance Medical Group, Inc. ("Renaissance") were filed by the undersigned counsel. Since that time, there have been joint motions to stay proceedings in the above-referenced matter.

On April 17, 2008, Allan Shine was appointed as Temporary Receiver for Renaissance. On May 8, 2008, Attorney Shine was appointed as Permanent Receiver for Renaissance. *See* **Exhibit 1** (Petition for the Appointment of a Receiver) and **Exhibits 2** and **3** (Order Appointing Temporary Receiver and Order Appointing Permanent Receiver, respectively).

On April 17, 2008, the Government filed an Arrest Warrant and Criminal Complaint against Dr. Tarek Wehbe, CR No. 08-64M (a copy of the Criminal Complaint is attached as **Exhibit 4**).

The undersigned counsel represented Dr. Wehbe in discussions with the Government prior to its filing of the Arrest Warrant and Criminal Complaint against Dr. Wehbe ("the Criminal Action"). The undersigned counsel have not entered an appearance in the Criminal Action and do not intend to do so.

For the reasons set forth in more detail in the Affidavit of Patricia K. Rocha and John A. Tarantino, attached as **Exhibit 5**, the undersigned counsel request permission to withdraw as counsel to Renaissance and also as counsel to Dr. and Mrs. Wehbe. The basis for seeking withdrawal with respect to Renaissance is that Renaissance is in receivership and to the extent that Renaissance has any claim that it wishes to assert, that claim should be asserted by the Receiver and counsel appointed by the Receiver.

With respect to Dr. Tarek Wehbe and Mrs. Wehbe, the motion to withdraw is based on facts and circumstances more fully set forth in the Affidavit of Patricia K. Rocha and John A. Tarantino, and on Rhode Island Rule of Professional Conduct 1.16(b)(4)(6) and (7).

In accordance with LR Gen 206, the undersigned counsel have received permission from the Court, following a chambers conference on May 8, 2008, to provide a certification that Renaissance will be notified of this motion by both regular mail, postage prepaid, and by certified mail, return receipt requested (addressed to the Receiver), and that Dr. Tarek Wehbe and Mrs. Wehbe will be notified of the motion by regular mail, postage prepaid, and by certified mail, return receipt requested, to their home address in Rhode Island, and they will also be

notified by e-mail at an address that undersigned counsel reasonably believes is an e-mail address to which Dr. Wehbe and Mrs. Wehbe have access.[2]

For these reasons and based on the Affidavit of Patricia K. Rocha and John A. Tarantino, which includes, among other things, the certifications set forth in LR Gen 206(e)(2)(A)-(D), the undersigned counsel request that the Motion to Withdraw be granted.

Claimants, Tarek and Mathilda Wehbe and
Renaissance Medical Group, Inc.
By their attorneys,

/s/ Patricia K. Rocha
PATRICIA K. ROCHA (#2793)
procha@apslaw.com
JOHN A. TARANTINO (#2586)
jtarantino@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903
Tel: 401-274-7200
Fax: 401-351-4607
Dated: May 9, 2008

[2] At the chambers conference of May 8, 2008, counsel for the Government informed defense counsel and the Court that for present purposes, he had no objection to the redaction of the e-mail address in the certification, as long as defense counsel certify that Dr. Wehbe and Mrs. Wehbe are provided notice by regular mail, postage prepaid, certified mail, return receipt requested, and they are also sent notice via an e-mail address to which defense counsel reasonably believe Dr. and Mrs. Wehbe have access.

**Certificate of Service**

The undersigned hereby certifies that on the 9th day of May, 2008, I sent a true copy of the foregoing pleading by the following means:

*Via electronic means (ECF)* to:

Milind M. Shah
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Milind.shah@usdoj.gov

*Via Certified Mail, Return Receipt Requested, and by Regular Mail, Postage Prepaid to:*

Allan M. Shine, Esq.
Receiver for Renaissance Medical Group
Winograd, Shine & Zacks, P.C.
123 Dyer Street
Providence, RI 02903

*Via Certified Mail, Return Receipt Requested, and by Regular Mail, Postage Prepaid to:*

Dr. and Mrs. Tarek Wehbe
6 Pine Tree Lane
Lincoln, RI 02865

-and-

*Via Electronic Mail (E-Mail) to:*

[e-mail address redacted per Chambers Conference with Court]

/s/ Patricia K. Rocha

*453862_1.doc*