# EXHIBIT 1

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

JEAN CLAUDE WEHBE
Plaintiff

vs.

P.B. No. 08-2973

RENAISSANCE MEDICAL GROUP, INC.
Defendant

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2008 APR 17 P 3:01

**PETITION FOR THE APPOINTMENT OF A RECEIVER**

Plaintiff respectfully represents that:

1. Defendant is a Rhode Island Corporation, operating a medical practice from offices at 790 North Main Street, Providence, Rhode Island and at 1630 Mineral Spring Avenue, North Providence, Rhode Island.

2. Plaintiff is a creditor and employee of Defendant owed wages for services rendered to Defendant.

3. Plaintiff is informed that the sole stockholder of Defendant, a physician, is under criminal investigation by the United States Attorney's Office for the District of Rhode Island and the Rhode Island Department of Attorney General relating, *inter alia,* to alleged fraud in billing under the federal Medicare and Medicaid programs, his Rhode Island medical license has been suspended, and on information and belief, has left the United States, has not returned on the date he previously indicated he would return, and appears to have abandoned Defendant's business and medical practice.

4. The Defendant's medical practice has serviced over 23,000 patients and is continuing to service current patients through its three licensed physician employees and to maintain the medical records of all patients that had been or are being serviced by the practice.

5. In the opinion of Plaintiff, it is urgent and advisable that a Temporary Receiver be appointed immediately to take charge of the affairs, assets, estate, effects and property of said Defendant to preserve the same for the interest of all creditors and for the protection of the patients of the practice so that they may continue to receive service without interruption and the patient records be maintained and preserved.

6. This Petition is made in good faith for the protection of the business of the Defendant and for the benefit of the patients of the practice and the public interest, and the appointment of a Temporary Receiver is most desirable to protect the status quo of the Defendant pending final hearing on the appointment of a Permanent Receiver.

7. This Petition is filed to seek relief as prayed by virtue of and pursuant to this Court's equity powers and pursuant to its powers as authorized by the laws and statutes of the State of Rhode Island.

WHEREFORE, Plaintiff respectfully prays that this Honorable Court appoint a Temporary Receiver forthwith and also appoint a Permanent Receiver to take charge of the assets, affairs, estate, effects and property of the Defendant, that said Temporary Receiver and Permanent Receiver be authorized to continue to operate the medical practice of the Defendant and to continue the employment of its employees, including its licensed physician employees, and that Plaintiff have such other and further relief as this Court shall deem proper.

Jean Claude Wehbe

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

In Providence on the 17 day of April, 2008, before me personally appeared Jean Claude Wehbe who made oath that he knows the contents thereof and that the same are true, excepting those matters stated on information and belief, and as to those matters he believes them to be true.

Notary Public

**CERTIFICATE OF ATTORNEY**

I, the undersigned, Attorney for the Plaintiff, certify that this Petition is made in good faith for the protection of the business of the Defendant and for the benefit of creditors and the patients of the Defendant's practice, and that the appointment of a Temporary Receiver is desirable to protect the status quo pending final Hearing for the appointment of a Permanent Receiver.

Anthony M. Traini, Esq.