# EXHIBIT 5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ACCOUNT NUMBER 11034114 IN THE NAME OF RENAISSANCE MEDICAL GROUP LOCATED AT CITIZENS BANK, NORTH PROVIDENCE, RHODE ISLAND, AND ACCOUNT NUMBER 0015649423 IN THE NAME OF TAREK AND MATHILDA WEHBE LOCATED AT CITIZENS BANK, NORTH PROVIDENCE, RHODE ISLAND | : | C.A. No. 07-060S |

**AFFIDAVIT AND CERTIFICATION OF PATRICIA K. ROCHA AND JOHN A. TARANTINO IN SUPPORT OF MOTION TO WITHDRAW**

We, Patricia K. Rocha and John A. Tarantino, being first duly sworn on oath, hereby depose and state that:

1. We are counsel to Renaissance Medical Group, Inc. ("Renaissance") and Dr. Tarek Wehbe and Mathilda Wehbe in the above-referenced matter.

2. We have filed a Motion to Withdraw as Counsel of Record to Renaissance and Dr. and Mrs. Wehbe.

3. Renaissance is in receivership and Allan Shine has been appointed Receiver. We have given notice of the Motion to Withdraw to Allan Shine, Receiver, by regular mail and certified mail, return receipt requested, at his business address, Winograd, Shine & Zacks, P.C., 123 Dyer Street, Providence, RI 02903.

4. With respect to Dr. and Mrs. Wehbe, neither is in the military service of the United States as defined in the Soldiers and Sailors Civil Relief Act, 50 App. USC § 501 *et seq.*, as amended.

5. To the best of our knowledge and belief, both Dr. and Mrs. Wehbe are not presently in the United States and, on information and belief, have not been in the United States for several weeks.

6. To the best of our knowledge and belief, because Dr. and Mrs. Wehbe are not presently in the United States, although we are notifying them of the Motion to Withdraw by both regular mail, postage prepaid, and certified mail, return receipt requested, we do not reasonably believe that Dr. and Mrs. Wehbe would receive notice of the motion by the regular means contemplated by and as set forth in LR Gen (e)(2)(b)(i).

7. In accordance with our representation of Dr. Wehbe in matters involving the United States Attorney's office, and in discussions with the U.S. Attorney's office with respect to what were then contemplated criminal charges against Dr. Wehbe, we had contact with Dr. Wehbe while in Lebanon via an e-mail address. Consequently, at least as of April 13, 2008, we have reason to believe that Dr. Wehbe could be contacted using the e-mail address.

8. We have advised the Court, counsel for the Receiver to Renaissance, and the Government's attorney, that we believe that the e-mail address referenced above constitutes confidential information received from our client in accordance with Rhode Island Rule of Professional Conduct 1.6. Because we have reason to believe that Dr. and Mrs. Wehbe are not presently in the United States, we requested permission from the Court to advise Dr. and Mrs. Wehbe of the Motion to Withdraw, as well as their ability to object to the Motion, not only by regular mail, postage prepaid, and certified mail, return receipt requested, but by e-mail; and the Court has allowed us at this time to redact the e-mail address through which we last had contact with Dr. Wehbe. It is our understanding that counsel for the Government does not object to the redaction at this time.

9. We also certify that we have advised Dr. and Mrs. Wehbe not only of their right to object to the motion, but that any failure or delay in retaining substitute counsel, if any, may not be considered grounds for delaying the trial or any other matter scheduled in the case, and further that the Assistant U.S. Attorney has informed us that it is likely that the Government will proceed with this forfeiture action and will seek a default with respect to any claim that has been or could be asserted by Dr. and Mrs. Wehbe. Finally, we have advised Dr. and Mrs. Wehbe that other than this motion and the possibility of a default being sought by the Government, there are no other matters pending in the case; nor has an anticipated trial date been set by the Court.

Pat K Rocha
Patricia K. Rocha

John A Tarantino
John A. Tarantino

Subscribed to and sworn before me
this 8th day of May, 2008.

Debra A Hernon
Notary Public

My Commission Expires: 11/23/09

*453881_1.doc*