UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                                C.A. No. 07-60 S

ACCOUNT NUMBER 11034114 IN THE
NAME OF RENAISSANCE MEDICAL
GROUP LOCATED AT CITIZENS BANK,
NORTH PROVIDENCE, RHODE ISLAND,
and ACCOUNT NUMBER 0015649423 IN
THE NAME OF TAREK AND MATHILDA
WEHBE LOCATED AT CITIZENS BANK,
NORTH PROVIDENCE, RHODE ISLAND,
    Defendants.

## ORDER

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on February 8, 2010, in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). No objections having been filed to the Report & Recommendation, Plaintiff's Motion to Dismiss Claims and for Entry of Judgment and Final Order of Forfeiture is GRANTED.

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge

Date: 3/3/10